UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NICOLE S. LATREILLE,

       Plaintiff,

  -against-

STEVE GROSS and DARCIE MILLER,

       Defendants.

------------------------------------------------------------x

**ORDER**

Case No.15-cv-06388 CS

For the reasons stated on the record in open court on October 27, 2016, Defendants' motion for summary judgment, (Doc. 42), is granted in part and denied in part. Specifically, summary judgment is granted as to Plaintiff's claim against Defendant Gross regarding the failure to promote Plaintiff, and is denied in all other respects.

**Dated:** White Plains, New York
       December 1, 2016

                                    **SO ORDERED:**

                                    Cathy Seibel
                                    United States District Judge


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
12/2/2016